UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY W. TOWNLEY, | No. C 11-1909 SI (pr) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| MR. HEDGPETH, warden; et al., | |
| Defendants. / | |

This action is dismissed without prejudice to plaintiff filing a new action for which he pays the filing fee or submits a completed in forma pauperis application at the time of filing.

IT IS SO ORDERED AND ADJUDGED.

Dated: June 19, 2011

_____
SUSAN ILLSTON
United States District Judge